File Hashes for IP Address 173.70.160.184

**ISP:** Verizon FiOS
**Physical Location:** Holmdel, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 05/30/2014 02:32:48 | E78047F304EA7B1BE0A090AD6319FDC6288B3800 | Just Watch Part 2 |
| 05/20/2014 10:05:20 | AD6C1AD8FCBA53716EA0396B4FB289EDAC788DF6 | From Three to Four |
| 05/17/2014 04:53:16 | 81433A009928474F2A4FF2BA5E3A62FBCC4585A7 | Rope Priority |
| 05/12/2014 17:43:24 | 91AF7A51D429BF0E21F54434ED94EEAB5826238A | Spilled Milk |
| 05/11/2014 05:11:00 | 5D9636E7F0A81BABE0418F6FE3490388616B20EE | Sneaking In |
| 05/02/2014 01:14:57 | CB505B2E122D8449E85B64DF60AABD8A4E6943C8 | Girly Girls |
| 05/01/2014 02:39:55 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 04/26/2014 18:22:49 | 3542245478B697421CB83A50CAA80BB4E196A16C | Tantric Massage |
| 04/26/2014 18:21:24 | 22125D8DEDBEA36229A7E9874F9A76F396FEBC81 | Come To Me Now |
| 04/04/2014 01:45:47 | 615284DC2FF24FA05AF96390D0755340ABA1C916 | Lonesome Without You |
| 03/16/2014 14:28:59 | D0C370A2CE5A1D80F4D913E2214E997EB801D658 | All Oiled Up |
| 03/05/2014 05:33:51 | EFABA4DB93B118722CC2C3FE7DD190A26CFEC499 | Go Fish |
| 03/05/2014 03:53:35 | FDA0F2DDA64E2F05B381523823EDE832EE74246F | Three Way is the Best Way |
| 03/05/2014 03:53:17 | 6660A99B1A6F10B61422A12BB291E574E8B88DF0 | Pretty Little Belle |
| 03/01/2014 21:25:43 | 4FFA33E76E9CC59991616FA157BC848704A17206 | Soul Mates |
| 03/01/2014 19:15:27 | 5AD2BC908C0B502B79AB421B5E42F733E7B51214 | Just the Three of Us |
| 03/01/2014 18:59:33 | B01A41247F2C0FCCE93B78FCAE020DA09AD38005 | It Is A Fine Line |
| 03/01/2014 18:57:54 | 2A49A45ED898A2E8587E15BD4A83EDE709D66D26 | Sex and Submission |
| 03/01/2014 18:37:48 | F7C0AF33F1A30D6B3F9B6FBA0FE782AB4A10228D | Morning Meditation |
| 02/09/2014 06:45:18 | CD78507549C03904E3206B2243B6F9B2C7604F27 | First and Forever |
| 01/20/2014 03:32:07 | 5FFD111B645C6FBB09011561D4429404574D008C | Mile High Club |

**Total Statutory Claims Against Defendant: 21**

EXHIBIT A

CNJ70