**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                                                          Civil Action No.  3:14-cv-03866-MAS-DEA

JOHN DOE, subscriber assigned IP address
173.70.160.184,

    Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant").  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  John Doe was assigned the IP address 173.70.160.184.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated:  December 1, 2014

                                                Respectfully submitted,

                                               By:      /s/ *Patrick J. Cerillo*
                                               Patrick J. Cerillo
                                               pjcerillolaw@comcast.net
                                               4 Walter Foran Blvd.
                                               Suite 402
                                               Flemington, NJ 08822

Telephone:  (908) 284-0997
Facsimile:  (908) 284-0915
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on December 1, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Patrick J. Cerillo*_____
Patrick J. Cerillo